**CHRIMAR SYSTEMS, INC. (doing business as CMS Technologies, Inc.), Plaintiff–Appellant,**

v.

**FOUNDRY NETWORKS, INC., Defendant–Appellee.**

No. 2012–1641.

United States Court of Appeals, Federal Circuit.

April 4, 2013.

Richard W. Hoffmann, Reising Ethington PC, of Troy, MI, argued for plaintiff-appellant.

Neal Kumar Katyal, Hogan Lovells US, LLP, of Washington, DC, argued for the defendant-appellee. With him on the brief were Frederick Liu; K.T. Cherian and Constance F. Ramos, of San Francisco, CA. Of counsel was Elizabeth Barchas Prelogar, of Washington, DC.

NEWMAN, DYK, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**